**Opinion filed October 21, 2010**



# In The

# Eleventh Court of Appeals

—————————

## No. 11-10-00218-CV

—————————

## ANDREW McCORMACK, Appellant

## V.

## VICTORIA DIANE (McCORMACK) TORRES, Appellee

**On Appeal from the 318th District Court**

**Midland County, Texas**

**Trial Court Cause No. FM 50,246**

### M E M O R A N D U M   O P I N I O N

Andrew McCormack has filed in this court a motion to dismiss his appeal. McCormack states that all disputes and controversies have been resolved. The motion is granted, and the appeal is dismissed.

PER CURIAM

October 21, 2010

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.